UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_Atlanta_ DIVISION

IN RE: _Nyssa Clarke_

Debtor

Case No. _24-61028_
Chapter _13_

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

☐   Other

_NSF attached_

_____

_____

Dated: _10/15/2024_                    _____
                                              Debtor

                                       _____
                                              Joint debtor



Coca-Cola Bottling Company UNITED
4600 E Lake Blvd
Birmingham AL 35217

3113 McCart Landing Drive
Conyers, GA 30013

| Check Date: Sep 26, 2024 | Pay Cycle: Y2 |
| Pay Period: Sep 16, 2024 - Sep 22, 2024 | Pay Type: Regular payroll run |
| Location    1U54,4100 South Metro, GA | |
| Job Title:   Delivery Merchandiser - S | |

| Tax Authority | Status | Additional Amt |
|---|---|---|
| Federal | Married filling jointly | |
| Georgia | Married, one spouse working | |

| Check / Transfer Information | | | | | Type | Bank | Usage | Balance |
|---|---|---|---|---|---|---|---|---|
| Bank Transfer/Check Info | Account Type | Account # | Amount | | 1U Vacation - Bank | 80.00 | 48.00 | 32.00 |
| NAVY FEDERAL CREDIT UNION | Checking Account | **** | 979.52 | | 1U Floating Holiday- Ban | 24.00 | 8.00 | 16.00 |
| | | | | | 1U Sick - Bank | 32.00 | 16.00 | 36.00 |

### Gross to Net

| | Net | Gross | Taxes | Pre-Tax Ded | Post-Tax Ded |
|---|---|---|---|---|---|
| Current | 979.52 | 1,425.38 | 226.39 | 130.23 | 89.24 |
| YTD | 45,564.70 | 65,942.60 | 11,512.12 | 5,385.42 | 3,480.36 |

| Earnings | Retro | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| 1U Extended OT | | 14.0087 | 7.2500 | 101.56 | 650.2500 | 7,877.49 |
| 1U Daily Hours NoPay | | | 47.2500 | | 2,158.5000 | |
| 1U Daily Pay | | 179.9200 | 5.0000 | 899.60 | 176.0000 | 31,966.16 |
| 1U Commission | | | | 424.22 | | 19,574.56 |
| 1U Vacation Pay | | | | | 64.0000 | 2,247.04 |
| 1U Sick Pay | | | | | 16.0000 | 561.76 |
| 1U Floating Hol Pay | | | | | 24.0000 | 842.64 |
| 1U Holiday Pay | | | | | 48.0000 | 1,685.28 |
| 1U Drop Ship Amount | | | | | | 20.00 |
| 1U Incentive | | | | | | 1,167.67 |
| Total Worked Hours/Wages | | | 54.5000 | 1,425.38 | | 65,942.60 |

| Taxes | Retro | Tax | Taxable | YTD Tax | YTD Taxable |
|---|---|---|---|---|---|
| Federal | | | | | |
| - Withholding Tax | | 79.11 | 1,295.15 | 4,404.14 | 60,557.18 |
| - EE Social Security Tax | | 82.95 | 1,337.91 | 3,877.20 | 62,535.43 |
| - EE Medicare Tax | | 19.40 | 1,337.91 | 906.76 | 62,535.43 |
| Georgia | | | | | |
| - Withholding Tax | | 44.93 | 1,295.15 | 2,324.02 | 60,557.18 |
| Total Taxes | | 226.39 | | 11,512.12 | |

| Pre Tax Deductions | Retro | Amount | YTD Amount |
|---|---|---|---|
| 1U Medical EE PreTx | | 73.62 | 2,867.02 |
| 1U Dental EE PreTx | | 11.85 | 462.15 |
| 1U Vision EE PreTx | | 2.00 | 78.00 |
| 1U 40KP EE PreTx | | 42.76 | 1,978.25 |
| Total Pre Tax Deduction | | 130.23 | 5,385.42 |

| Post Tax Deductions | Retro | Amount | YTD Amount |
|---|---|---|---|
| 1U Whole Life EE Post | | 89.24 | 3,480.36 |
| Total Post Tax Deduction | | 89.24 | 3,480.36 |

| Employer contributions | Retro | Amount | YTD Amount |
|---|---|---|---|
| 1U 401K Total (ER) Match | | 21.38 | 989.21 |
| Total Employer Contrib. | | 21.38 | 989.21 |

NFS



Coca-Cola Bottling Company UNITED
4600 E Lake Blvd
Birmingham AL 35217

**THIS IS NOT A CHECK**

PAYROLL ADVICE ONLY - NON NEGOTIABLE

1U54,4100 South Metro, GA

Selwyn Gary Clarke Sr
3113 McCart Landing Drive

Conyers,  GA  30013