**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In    Debtor(s)
Re:   **Nyssa Clarke**                              Case No.: **24–61028–pmb**
                                                    Chapter:  **13**


### FREE ELECTRONIC NOTICING OF ORDERS AND COURT NOTICES NOW AVAILABLE FOR DEBTORS

### DEBTOR ELECTRONIC NOTICING (DeBN)

DeBN is a FREE and voluntary service that allows individual debtors to request delivery of court notices and orders from the bankruptcy court by email instead of U.S. mail.

Advantages of DeBN

- There is no charge to view or save emailed orders and court notices.
- Orders and court notices are emailed the same day the court generates them.

How to Sign Up

- Debtors must complete, sign, and file a *Debtor's Electronic Noticing Request (DeBN) form* (activation form).
- The activation form may be filed in person at the Bankruptcy Court Clerk's office (photo ID required) or mailed to the court with a copy of the debtor's driver's license or other Government issued ID.
- If applicable, debtor's attorney can electronically file the activation form.


Access the DeBN activation form and information by visiting the DeBN page on the Court's website.

### ***https://www.ganb.uscourts.gov/debn***

Contact the Clerk's office with any questions regarding DeBN at 404–215–1000, option #1.


Dated:  October 18, 2024

** Mailing Address
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U. S. Bankruptcy Court


Form debnnot