B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF GEORGIA

In Re:                                                                    Case No.  2461028
NYSSA CLARKE

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                      LendingClub Bank, NA
------------------------------------------              -------------------------------------------
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): 7
should be sent:                                         Amount of Claim: $13,855.28
Portfolio Recovery Associates, LLC                      Date Claim Filed: 12/17/2024
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                     Phone:
Last Four Digits of Acct #:  9941                       Last Four Digits of Acct #: 9941

Name and Address where transferee payments              Seller Information
should be sent (if different from above)                LENDINGCLUB CORPORATION AS SERVICER
Portfolio Recovery Associates, LLC                      FOR LENDINGCLUB BANK
POB 12914                                               595 MARKET STREET
Norfolk, VA 23541                                       SUITE 200
                                                        SAN FRANCISCO CA 94105
Phone: (877)829-8298
Last Four Digits of Acct #: 9941

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams                               Date: 1/16/2025
    --------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on January 3, 2025, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number: ▓▓▓▓▓

Total Unpaid Balance: ▓▓▓▓▓▓▓

Number of Accounts: ▓▓▓

DATED: January 3, 2025

Reviewed by LC Legal

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Corporation

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Capital Community Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Central Pacific Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Centreville Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Commercial Bank of California

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2019-36

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: DL Investment Sarl, Compartment
Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus High Yield Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus Warehouse I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Edge Focus Warehouse Trust 2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Franklin Limited Duration Income Trust
Fund

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCG Digital Finance Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: ILA Capital Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Katla Ventures Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Receivables Trust, Series
2019-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P20

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P11

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P12

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P15

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P17

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P19

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P22

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P9

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P12

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P15

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P17

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P22

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P24

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer



SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P30

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P9

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-SP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Loan Asset Holdings Trust, 2024-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Loan Asset Issuer II LLC, Series 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Merrick Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: OptimumBank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Grantor Trust 2024-5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer


SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya Funding Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Sugar River Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Master Fund LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust IV

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print):_Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_____

Name (print):_Andrew LaBenne
Title: Chief Financial Officer